No. 1927. PEOPLE, APPELLEE, *v.* VAYANILLA, APPELLANT.—. District Court of Guayama. Voluntary homicide. There

was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*